IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SABRINA K. MARSHALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-215-M-BR |
| | § | |
| DENIS MCDONOUGH, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on Defendant's Motion to Dismiss (Dkt. No. 40). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Motion to Dismiss is granted in part and denied in part as set forth in the Recommendation. Plaintiff may replead in thirty days only her RA claims for disparate treatment to plead a causal connection. Her ADA, Texas Labor Code and other state claims are **DISMISSED** with prejudice.

SO ORDERED this 1st day of September, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE