IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SABRINA K. MARSHALL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-215-M-BR |
| | § | 2:21-CV-010-M-BR (consolidated) |
| DENIS MCDONOUGH, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on Defendant's First Motion for Summary Judgment (Dkt. No. 76). No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the First Motion for Summary Judgment is GRANTED.

SO ORDERED this 26th day of October, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE