IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SABRINA K. MARSHALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-215-M-BR |
| | § | 2:21-CV-010-M-BR (consolidated) |
| DENIS MCDONOUGH, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant Denis McDonough's Second Motion for Summary Judgment (ECF 81). The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. (ECF 95). No objections were filed. The District Court reviewed the Findings, Conclusions, and a Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and Defendant Denis McDonough's Second Motion for Summary Judgment (ECF 81) is **GRANTED**.

**SO ORDERED**, this 8th day of December, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE